Terry Allen **LEE**, Appellant,

v.

**STATE** of Missouri, Respondent.

No. WD 38834.

Missouri Court of Appeals, Western District.

Aug. 4, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 1, 1987.

Application to Transfer Denied Oct. 13, 1987.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and PRITCHARD and CLARK, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).